ORIGINAL

1  **FIGUEROA_R.pet**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 2 8 2007

JEANNE G. QUINATA
Clerk of Court

8

9              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF GUAM
10

11  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 97-00111
                                     )
12              Plaintiff,           )
                                     )    PETITION TO TRANSFER
13         v.                        )    PAYMENTS FROM THE CRIME
                                     )    VICTIM FUND TO THE RESTITUTION
14  ROBERT FIGUEROA,                 )    FUND
                                     )
15              Defendant.           )
                                     )
16  ────────────────────────────────

17                          PETITION

18         COMES NOW the United States of America, by and through its undersigned counsel, and

19  respectfully petitions this Court for the entry of an order transferring from the Crime Victim

20  Fund to the Restitution Fund in the above entitled action and in support hereof, states as follows:

21         1.      On or about February 23, 2003, sentence was imposed by the U.S. District Court

22  for the District of Oregon against Defendant ROBERT FIGUEROA (hereinafter referred to as

23  "Defendant FIGUEROA"). Among other things, a $100.00 special assessment and restitution in

24  the amount of $134,994.00 were ordered. See Attachment "A." Payments for special assessment

25  fees are deposited in the Crime Victims Fund.

26  //

27  //

28  //

2.    Defendant FIGUEROA made payments totaling $514.48 in the District of Oregon of which $100.00 was applied towards his special assessment fee as payment in full and $414.48 was applied towards his restitution obligation. See Attachment "B."

3.    On July 22, 2002, jurisdiction was transferred from the District of Oregon to the District of Guam. See Attachment "C and D."

4.    Defendant FIGUEROA made payments totaling $5,100.00 as of July 17, 2007 of which $100.00 was deposited to the Crime Victim Fund. See Attachment "E."

5.    In the interest of justice, the amount of $100.00 paid by Defendant FIGUEROA and deposited in the Crime Victims Fund should be transferred to the restitution fund.

6.    Plaintiff further requests that any future payments made by defendant and deposited in the Crime Victim Fund be transferred to the Restitution Fund.

DATED this _28th_ day of _August_ , 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## District of Oregon



**FILED**

2000 FEB 24 P 12: 40

DISTRICT COURT
OF OREGON
OREGON

UNITED STATES OF AMERICA

v.

ROBERT FIGUEROA

**JUDGMENT IN A CRIMINAL CASE**

Case Number: Cr. 99-355-M

PAUL PAPAK
Defendant's Attorney

THE DEFENDANT:

X    pleaded guilty to count(s) <u>ONE - INFORMATION</u>

_    was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 656 | Embezzlement from financial institution insured by F.D.I.C. | 06-06-1997 | one (1) |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_    The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).

_    Count(s) _____ (is)(are) dismissed on the motion of the United States.

X    It is ordered that the defendant shall pay a special assessment of <u>$ 100.00</u>, for count(s) <u>one</u>, which shall be due _ immediately _ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ■■■-9757

Defendant's Date of Birth: ■■-1963

Defendant's Mailing Address:

■■■■■■■■

Portland, OR 97219

Defendant's Residence Address:

<u>FEBRUARY 23, 2000</u>
Date of Imposition of Sentence

*Malcolm F. Marsh*

Signature of Judicial Officer

MALCOLM F. MARSH
Name & Title of Judicial Officer

<u>2/24/00</u>
Date

Certified to be a true and correct copy of original filed in my office.
Dated _____
Donald M. Cinnamond, Clerk
By _____ Deputy

A

Defendant: ROBERT FIGUEROA
Case Number: CR 99-355-MA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Twelve (1. months and one (1) day.

__X__   The court makes the following recommendations to the Bureau of Prisons:

The court recommends that defendant be incarcerated at the Camp at FCI Sheridan, Oregon

___   The defendant is remanded to the custody of the United States Marshal.
___   The defendant shall surrender to the United States Marshal for this district
   ___   at _____ on _____
   ___   as notified by the United States Marshal.
__X__   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
   ___   before 2 p.m. on _March 23, 2000_____ __.
   ___   as notified by the United States Marshal.
   ___   as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on: _____ to _____ at

_____, with a certified copy of this judgment.

_____

United States Marshal

By _____

Deputy Marshal

Defendant: ROBERT FIGUEROA
Case Number: CR 99-355-MA

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). If this judgment impos a restitution obligation or fine, it shall be a condition of supervised release that the defendant pay any unpaid restitution or fine as ordered. T defendant shall comply with the following special conditions:

Defendant shall pay full restitution to the victims identified in the presentence report (copy attached) in the amount of $134,994.00, sa amount to be paid immediately; interest to be waived.

If defendant fails to pay full restitution to the victims identified in the presentence report in the amount of $134,994.00, and there is unpaid balance at the time of defendant's release from custody, it shall be paid at the maximum installment possible and not less the $75.00 per month.

Defendant shall participate in a mental health treatment program approved by the probation officer and shall take all medications prescribed.

No fine is being ordered in this matter, as the defendant's limited financial rescurces will be applied to his restitution obligation.

Defendant's employment shall be subject to approval by the probation officer.

Defendant shall authorize and have released to the U. S. Probation Office any and all financial information, by executing a release financial information form, or by any other appropriate means, as directed by the probation officer.

Defendant shall maintain proper debit, credit and receipt ledgers for all employment and business transactions; those records shall t made available as requested by the U. S. Probation Officer. Defendant is prohibited from incurring any new credit obligations opening additional lines of credit without the approval of the U. S. Probation Officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. I addition:

1) The defendant shall report in person to the probation office for the district to which he or she is released within 72 hours of release from the custod of the Bureau of Prisons.
2) The defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. Revocation of probatio or supervised release is mandatory for illegal possession of a controlled substance.
3) The defendant shall not possess a firearm, destructive, or dangerous device.
4) If the defendant illegally uses drugs or abuses alcohol, has a history of drug or alcohol abuse, or drug use or possession is determined to be an elemer of the defendant's criminal history or instant offense, the defendant shall participate in a substance abuse treatment program as directed by th probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol.
5) The defendant shall submit to a search of his/her person, residence, office or vehicle, when conducted by a United States Probation Officer at reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searche pursuant to this condition.
6) The defendant shall not leave the judicial district without the permission of the court or probation officer.
7) The defendant shall report to the probation officer as directed by the court or probation officer, and shall submit a truthful and complete written repor within the first five days of each month.
8) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. The defendant may decline to answer inquiries if a truthful response would tend to incriminate him or her. Such a refusal to answer may constitute grounds for revocation
9) The defendant shall support his or her dependents and meet other family responsibilities to the best of his or her financial ability.
10) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
11) The defendant shall notify the probation officer within 72 hours of any change in residence or employment.
12) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controllec substance, or any paraphernalia related to such substances, except as prescribed by a physician. If the defendant's history or offense behavior includes drug abuse or possession of controlled substances, the defendant shall submit to one drug surveillance test with 15 days of release on probation or custody and at least two additional periodic tests. If, at any time, the probation officer has reasonable cause to believe the defendant is using illegal drugs or is abusing alcohol, the defendant shall submit to urinalysis testing, breathalyser testing, or reasonable examination of the arms, neck, face, and lower legs.

13) The defendant shall not knowingly frequent places where controlled substances are illegally sold, used, distributed, or administered.

14) The defendant shall not knowingly associate with any persons engaged in criminal activity, and shall not knowingly associate with any person convicted of a felony unless granted permission to do so by the probation officer.

15) The defendant shall permit a probation officer to visit him or her at any reasonable time at home or elsewhere, and shall permit confiscation of an contraband observed in plain view by the probation officer.

16) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

17) The defendant shall not enter into any agreement to act as an informant or special agent of a law enforcement agency without the permission of the court.

18) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by his or her criminal record or personal history and characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement. This requirement will be exercised only when the probation officer believes a reasonably foreseeable risk exists or a law mandates such notice. Unless the probation officer believes the defendant presents an immediate threat to the safety of an identifiable individual, notic shall be delayed so t he probation officer can arrange for a court hearing and the defendant can obtain legal counsel.

Defendant:   ROBERT FIGUEROA
Case Number: CR 99-355-MA

## RESTITUTION AND FORFEITURE

### RESTITUTION

X     The defendant shall make restitution to the following persons in the following amounts:  (SEE ATTACHED FROM PRESENTENC
REPORT)

| Name of Payee | Amount of Restitution |
| --- | --- |
| CENTURY BANK | $100,000. |

Beverly Hills, CA 90210
Claim No. 00048261

LEXINGTON INSURANCE CO.          $34,994.

Boston, MA  02109
617-330-1100

Payments of restitution are to be made to:

—        the Clerk, US District Court.

—        the payee(s)

Restitution shall be paid:

X     in full immediately.

—      in full not later than _____.

—      in equal monthly installments over a period of __ months.  The first payment is due on the date of this judgment.  Subsequer
         payments are due monthly thereafter.

—      in installments according to the following schedule of payments:

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

—   The defendant is ordered to forfeit the following property to the United States





Single Liability Payment History
United States Department of Justice
Consolidated Debt Collection System

Report Date: 08/22/2007

Report Level:

Ccas Nbr 2000A03821 Cdcs Seq 001 Name Last Figueroa    Name First Robert    Court Nbr CR 99-355    Priority Code    Curr Liability $    0.00

**Payments:**

| Seq | Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | | 01/04/2000 | | A | USDC 428734 | | | | 03/31/2000 | $ | 100.00 | $ |
| Total: | | | | | | | | | | | $ | 100.00 | 5 |

**Reversals**

| Seq | Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: | | | | | | | | | | | | |

0.00

0.00



tabbies    B

Single Liability Payment History
United States Department of Justice
Consolidated Debt Collection System



Report Level:

Cdcs Nbr 2000A03822 Cdcs Seq 002 Name Last Figueroa    Name First Robert    Court Nbr CR 99-355    Priority Code  Curr Liability $    0.00

**Payments:**

| Seq Finance | Finance Code Received Date | Payment Form Received By | Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | | Run Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 PMNT | 05/08/2000 | | A | USDC 431318/BCP | | | | 07/17/2020 | $ | | 25.00 | $ 134,969.00 |
| 0003 PMNT | 07/05/2000 | | A | USDC 431952/BCP | | | | 08/21/2020 | $ | | 25.00 | $ 134,944.00 |
| 0004 PMNT | 08/07/2000 | | A | USDC 432608/BCP | | | | 09/25/2000 | $ | | 75.00 | $ 134,869.00 |
| 0005 PMNT | 09/06/2000 | | A | usdc #433179/bcp | | | | 11/01/2000 | $ | | 75.00 | $ 134,794.00 |
| 0006 PMNT | 10/05/2000 | | A | usdc #434078/bcp | | | | 11/27/2000 | $ | | 50.23 | $ 134,743.77 |
| 0007 PMNT | 11/06/2000 | | A | usdc #434661/bcp | | | | 12/20/2000 | $ | | 74.25 | $ 134,669.52 |
| 0008 PMNT | 12/04/2000 | | A | USDC200105/BOP | | | | 02/01/2001 | $ | | 45.00 | $ 134,624.52 |
| 0009 PMNT | 01/09/2001 | | A | usdc434792/bop | | | | 02/20/2001 | $ | | 45.00 | $ 134,579.52 |
| Total | | | | | | | | | | | 414.48 | |

**Reversals**

| Seq Finance | Finance Code Received Date | Payment Form Received By | Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | | | | | |

| PROB 22<br>(Rev. 2/88) | | DOCKET NO. (Trans Court)<br>CR 99-355-01-MA |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NO. (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Oregon | DIVISION<br>Portland | |
|---|---|---|---|
| Robert Figueroa<br>~~██████████████~~<br>Machanao Dededo, Guam   96912 | NAME OF SENTENCING JUDGE<br><br>MALCOLM F. MARSH | JUL 2 3 2002 | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>2-2-01 | TO<br>2-1-06 |

OFFENSE

EMBEZZLEMENT FROM A FINANCIAL INSTITUTION INSURED BY FDIC

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  OREGON

   IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the  District of  Oregon upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 20, 2002_

Effective Date

_Malcolm F. Marsh_

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  GUAM

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED

DISTRICT COURT OF GUAM
HAGATNA, GUAM

JUL 2 3 2002

Effective Date

United States District Judge

Case 1:97-cr-00111   Document 9   Filed 08/28/2007   Page 10 of 22

ORIGINAL

*Transfer of Jurisdiction 4/00*



**U.S. Department of Justice**

*United States Attorney*
*District of Oregon*
*1000 SW Third Avenue, Suite 600*         *Office: (503)727-1000*
*Portland, OR 97204-2902*         *Fax: (503) 727-1117*

August 6, 2002

United States Attorney's Office
District of Guam
Attn: Marie Chenery
Sirena Plaza
18 Hernan Cortez, Suite 500
Hagatna, GU 96910

       Re:    United States v. Robert Figueroa
              CR 99-355 MA, USDC Oregon
              **Transfer of Jurisdiction**

Dear Marie:

       We have received notice of transfer of jurisdiction of this case to your district. Enclosed please find a copy of the Judgment, a copy of the transfer notice, the Talon report, and a copy of the lien that has been filed here in Oregon. The fee assessment has been paid in full, but the restitution balance of $134,579.52 will need to be transferred to your district.

       Please let me know your USAO number when assigned so that we may close out our case here.

       Thanks for your assistance in this matter. If you have any questions please feel free to contact me at (503) 727-1119.

                            Very truly yours,

                            MICHAEL W. MOSMAN
                            United States Attorney

                            *Jerri Duarte*

                            JERRI S. DUARTE
                            Paralegal Specialist

Enclosures

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|-----------|---|--------|
| 09/04/2002 | 0020958 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>Re: USA vs Robert Figueroa<br>Assessments/Fines<br>Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 10/04/2002 | 0021198 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs Robert I.Figueroa<br>Restitution<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 11/05/2002 | 0021388 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs Robert I. T. Figueroa<br>Restitution<br>Restitution | $ | 75.00 |
| | | | Payment Type(s)<br>Cash | $ | 75.00 |
| 12/05/2002 | 0021561 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs Robert I. Figueroa<br>Restitution<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 01/03/2003 | 0021652 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs Robert I. T. Figueroa<br>Restitution<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |



# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 02/07/2003 | 0021865 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | USA vs Robert I. Figueroa | | |
| | | | Restitution | | |
| | | | Restitution | $ | 75.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 75.00 |
| 03/05/2003 | 0021993 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | USA vs Robert I. T. Figueroa | | |
| | | | Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 04/04/2003 | 0022150 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | USA vs. ROBERT FIGUEROA | | |
| | | | Restitution | | |
| | | | Restitution | $ | 75.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 75.00 |
| 05/05/2003 | 0022293 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | U.S.A. vs. ROBERT FIGUEROA | | |
| | | | Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 06/04/2003 | 0022485 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | U.S.A. vs. ROBERT I. FIGUEROA | | |
| | | | Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |

Case 1:97-cr-00111    Document 9    Filed 08/28/2007    Page 13 of 22

# District Court of Guam
# Fees Report

Case: CR-97-00111

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 07/03/2003 | 0022665 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs ROBERT FIGUEROA<br>Restitution<br>Restitution | $ | 75.00 |
| | | | Payment Type(s)<br>Cash | $ | 75.00 |
| 08/11/2003 | 0022861 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs ROBERT IVAN FIGUERORA<br>Restitution<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 09/05/2003 | 0022993 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>Re: USA vs Robert Figueroa<br>Restitution<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 10/03/2003 | 0023159 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs ROBERT FIGUEROA<br>Restitution<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 11/12/2003 | 0023407 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>RE: USA vs ROBERT FIGUEROA<br>Restitution<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |

Case 1:97-cr-00111    Document 9    Filed 08/28/2007    Page 14 of 22

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|-----------|---|--------|
| 12/11/2003 | 0023561 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs ROBERT FIGUEROA<br>Restitution | | |
| | | | Restitution | $ | 75.00 |
| | | | Payment Type(s)<br>Cash | $ | 75.00 |
| 01/22/2004 | 0023747 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs ROBERT IVAN T. FIGUEROA<br>Restitution | | |
| | | | Restitution | $ | 75.00 |
| | | | Payment Type(s)<br>Cash | $ | 75.00 |
| 02/20/2004 | 0023908 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>RE: USA vs ROBERT FIGUEROA<br>Restitution | | |
| | | | Restitution | $ | 75.00 |
| | | | Payment Type(s)<br>Cash | $ | 75.00 |
| 03/05/2004 | 0024002 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs ROBERT I.T. FIGUEROA<br>Restitution | | |
| | | | Restitution | $ | 25.00 |
| | | | Payment Type(s)<br>Cash | $ | 25.00 |
| 03/18/2004 | 0024086 | FIGUEROA, ROBERT IVAN T. | CR-97-00111: CR-97-00111<br>USA vs ROBERT I.T. FIGUEROA<br>Restitution | | |
| | | | Restitution | $ | 75.00 |
| | | | Payment Type(s)<br>Cash | $ | 75.00 |

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 04/15/2004 | 0024269 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: R-97-00111<br>USA vs ROBERT I.T. FIGUEROA<br>Restitution | | |
| | | | Restitution | $ | 75.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 75.00 |
| 05/28/2004 | 0024565 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111<br>USA vs ROBERT I.T. FIGUEROA<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 07/02/2004 | 0024748 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111<br>USA vs ROBERT I.T. FIGUEROA<br>Restitution<br>Check Info: 101-501/1214 #107 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 08/05/2004 | 0024934 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111<br>RE: USA vs ROBERT FIGUEROA<br>Restitution<br>Check Info: 101-501/1214 #109 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 09/08/2004 | 0025116 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111<br>USA vs ROBERT I. FIGUEROA<br>Restitution<br>Check Info: 101-501/1214 #112 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 10/05/2004 | 0025258 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | USA vs ROBERT I.T. FIGUEROA | | |
| | | | Restitution | | |
| | | | Check Info: 101-501/1214 #115 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 11/05/2004 | 0025400 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | USA vs ROBERT IVAN T. FIGUEROA | | |
| | | | Restitution | | |
| | | | Check Info: 101-501/1214 #117 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 12/03/2004 | 0025544 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | USA vs ROBERT I.T. FIGUEROA | | |
| | | | Restitution | | |
| | | | Check Info: 101-501/1214 #121 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 01/05/2005 | 0025698 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | USA vs ROBERT I. FIGUEROA | | |
| | | | Restitution | | |
| | | | Check Info: 101-501/1214 #123 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 03/03/2005 | 0026011 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 | | |
| | | | USA vs ROBERT I.T. FIGUEROA | | |
| | | | Restitution | | |
| | | | Check Info: 101-501/1214 #125 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|-----------|---|--------|
| 04/06/2005 | 0026188 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 USA vs ROBERT I. T. FIGUEROA Restitution Check Info: 101-501/1214 #152 Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 05/04/2005 | 0026322 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 USA VS. ROBERT FIGUEROA Restitution Check Info: 101-510/1214 #200 Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 06/02/2005 | 0026497 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 USA vs ROBERT I.T. FIGUEROA Restitution Check Info: 101-501/1214 #204 Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 07/05/2005 | 0026680 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 USA vs ROBERT I.T. FIGUEROA Restitution Check Info: 101-501/1214 #3 Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 08/05/2005 | 0026881 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111 USA vs ROABERT I.T. FIGUEROA Restitution Check Info: 101-501/1214 #219 Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |

Case 1:97-cr-00111    Document 9    Filed 08/28/2007    Page 18 of 22

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 09/30/2005 | 0027172 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: CR-97-00111<br>USA vs ROBERT I.T. FIGUEROA<br>Restitution<br>Check Info: 101-501/1214 #231<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 11/04/2005 | 0027477 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa<br>Party: FIGUEROA, ROBERT IVAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #103 101-501/1214 | $ | 100.00 |
| 12/05/2005 | 0027652 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa<br>Party: FIGUEROA, ROBERT IVAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #106 101-501/1214 | $ | 100.00 |
| 01/05/2006 | 0027862 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa<br>Party: FIGUEROA, ROBERT IVAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #504 101-501/1214 | $ | 100.00 |
| 02/02/2006 | 0028019 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa<br>Party: FIGUEROA, ROBERT IVAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #505 101-501/1214 | $ | 100.00 |
| 03/15/2006 | 0028272 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa<br>Party: FIGUEROA, ROBERT IVAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #515 101-501/1214 | $ | 100.00 |

Case 1:97-cr-00111     Document 9     Filed 08/28/2007     Page 19 of 22

# District Court of Guam
# Fees Report

Case: CR-97-00111

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 04/28/2006 | 0028483 **VOIDED** | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa Party: FIGUEROA, ROBERT IVAN T. Restitution | $ | 0.00 |
| | | | Payment Type(s) Check #516 101-501/1214 | $ | 0.00 |
| 05/01/2006 | 0028492 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa Party: FIGUEROA, ROBERT IVAN T. Restitution | $ | 100.00 |
| | | | Payment Type(s) Check #516 101-501/1214 | $ | 100.00 |
| 06/15/2006 | 0028726 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa Party: FIGUEROA, ROBERT IVAN T. Restitution | $ | 100.00 |
| | | | Payment Type(s) Check #518 101-501/1214 | $ | 100.00 |
| 07/17/2006 | 0029006 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa Party: FIGUEROA, ROBERT IVAN T. Restitution | $ | 100.00 |
| | | | Payment Type(s) Check #517 101-501/1214 | $ | 100.00 |
| 08/21/2006 | 0029633 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa Party: FIGUEROA, ROBERT IVAN T. Restitution | $ | 100.00 |
| | | | Payment Type(s) Check #520 101-501/1214 | $ | 100.00 |
| 09/26/2006 | 0030048 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa Party: FIGUEROA, ROBERT IVAN T. Restitution | $ | 100.00 |
| | | | Payment Type(s) Check #521 101-501/1214 | $ | 100.00 |

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 10/31/2006 | 0030297 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa | | |
| | | | Party: FIGUEROA, ROBERT IVAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #522 101-501/1214 | $ | 100.00 |
| 11/21/2006 | 0030453 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa | | |
| | | | Party: FIGUEROA, ROBERT IVAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #524 101-501/1214 | $ | 100.00 |
| 01/08/2007 | 0030736 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa | | |
| | | | Party: FIGUEROA, ROBERT IVAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #1001 101-501/1214 | $ | 100.00 |
| 02/05/2007 | 0030928 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa | | |
| | | | Party: FIGUEROA, ROBERT IVAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #1003 101-501/1214 | $ | 100.00 |
| 03/28/2007 | 0031207 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa | | |
| | | | Party: FIGUEROA, ROBERT IVAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #1007 101-501/1214 | $ | 100.00 |
| 05/04/2007 | 0031422 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa | | |
| | | | Party: FIGUEROA, ROBERT IVAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #1010 101-501/1214 | $ | 100.00 |

Case 1:97-cr-00111     Document 9     Filed 08/28/2007     Page 21 of 22

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 07/17/2007 | 0031922 | FIGUEROA, ROBERT IVAN T. | | | |
| | | | CR-97-00111: USA v. Figueroa<br>Party: FIGUEROA, ROBERT IVAN T.<br>Restitution | $ | 200.00 |
| | | | Payment Type(s)<br>Check #1012 101-501/1214 | $ | 200.00 |