**FIGUEROA_R.ord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00111 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | Re: United States Petition to Transfer |
| ROBERT FIGUEROA, | ) | Payments from the Crime Victim Fund |
| | ) | to the Restitution Fund |
| Defendant. | ) | |

Based upon the Plaintiff's Petition to Transfer Payments from the Crime Victim Fund to the Restitution Fund, the Court hereby orders the amount of $100.00 shall be transferred from the Crime Victims Fund (Deposit Fund 504100) to the Restitution Fund (Deposit Fund 6855XX) and applied as payment of the restitution imposed in this case. The Court further orders that any future payments deposited in the Crime Victim Fund (Deposit Fund 504100) be transferred to the Restitution Fund (Deposit Fund 6855XX).

**IT IS SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: Aug 29, 2007**