ORIGINAL

FIGUEROA_R.taxgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 19 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FIGUEROA,<br><br>Defendant,<br><br>DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM,<br><br>Garnishee. | CRIMINAL CASE NO. 97-00111<br><br>**STIPULATED MOTION FOR A WRIT OF GARNISHMENT**<br>(TAX YEAR 2004) |

WHEREAS Defendant, ROBERT FIGUEROA, P.O. Box XXXXX, Tamuning, Guam 96931, Social Security Number XXX-XX-9757, has requested that any income tax refund including tax year 2004 payable to him from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, U.S. District Court of Guam for payment toward his restitution that is due and owing;

//
//
//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, ROBERT FIGUEROA, hereby jointly move the Court for an order of writ of garnishment on the income tax refund including tax year 2004 account of Defendant, ROBERT FIGUEROA.

Dated: 10-15-07

ROBERT FIGUEROA
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 10-19-07         By: 

MARIVIC P. DAVID
Assistant U.S. Attorney