ORIGINAL

1 | FIGUEROA_R.taxgar2

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
OCT 1 9 2007
JEANNE G. QUINATA
Clerk of Court

7 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00111 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** (TAX YEAR 2005) |
| ROBERT FIGUEROA, | ) | |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, ROBERT FIGUEROA, P.O. Box XXXXX, Tamuning, Guam 96931, Social Security Number XXX-XX-9757, has requested that any income tax refund including tax year 2005 payable to him from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, U.S. District Court of Guam for payment toward his restitution that is due and owing;

//
//
//

| | |
|---|---|
| 1 | Plaintiff, UNITED STATES OF AMERICA, and Defendant, ROBERT FIGUEROA, |
| 2 | hereby jointly move the Court for an order of writ of garnishment on the income tax refund |
| 3 | including tax year 2005 account of Defendant, ROBERT FIGUEROA. |
| 4 | |
| 5 | |
| 6 | Dated: 10/19/07 |
| 7 | ROBERT FIGUEROA |
| | Defendant |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 10-19-07         By: _____
                            MARIVIC P. DAVID
                            Assistant U.S. Attorney

- 2 -