ORIGINAL

FIGUEROA_R.stpgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 19 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00111 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |
| ROBERT FIGUEROA, ) | |
| Defendant, ) | |
| BLUEPORT PACIFIC CORPORATION ) dba THRIFTYCAR RENTAL MICRONESIA, ) | |
| Garnishee. ) | |

WHEREAS Defendant, ROBERT FIGUEROA, P.O. Box XXXXX, Tamuning, Guam 96931, Social Security Number XXX-XX-9757, has requested that wages paid to the judgment defendant, in the amount of Twenty-five percent (25%) of his disposable net income per pay period, beginning November 2007, be made payable to the Clerk, U.S. District of Guam for payment toward his restitution that is due and owing;

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, ROBERT FIGUEROA, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of in the amount of Twenty-five percent (25%) of his disposable net income per pay period, beginning November 2007, until his restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 10-15-07

ROBERT FIGUEROA
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 10-19-07    By: 

MARIVIC P. DAVID
Assistant U.S. Attorney