**FIGUEROA_R.taxwrit2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WRIT OF GARNISHMENT** |
| | ) | (TAX YEAR 2005) |
| ROBERT FIGUEROA, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |
| | ) | |
| DEPARTMENT OF REVENUE | ) | |
| AND TAXATION, | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

    Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment

on Defendant ROBERT FIGUEROA's income tax refund including tax year 2005.

//

//

//

//

//

//

1    IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income

2  tax refund including tax year 2005 account of Robert Figueroa, Social Security Number XXX-

3  XX-9757, until further notice.

4    Checks should be made payable to:

5    **CLERK, U.S. DISTRICT COURT OF GUAM**

6    and mailed to:

7    U.S. District Court of Guam
     4th Floor, U.S. Courthouse

8    520 West Soledad Avenue
     Hagåtña, Guam 96910

9
   with a reference to court number **CR 97-00111** to ensure his account is properly credited.

10

11    SO ORDERED.

12

13                                          **/s/ Frances M. Tydingco-Gatewood**
                                              **Chief Judge**

14                                          **Dated: Oct 22, 2007**

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 2 -