**FIGUEROA_R.stpwrit**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                   Plaintiff,             )<br>                                                             )<br>           vs.                                           )<br>                                                             )<br> ROBERT FIGUEROA,                       )<br>                                                             )<br>                   Defendant,          )<br>_____ )<br>                                                             )<br>BLUEPORT PACIFIC CORPORATION )<br>dba THRIFTY CAR RENTAL MICRONESIA,)<br>                                                             )<br>                   Garnishee.            )<br>_____ )  | CRIMINAL CASE NO. 97-00111<br><br><br><br>**WRIT OF CONTINUING<br>GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, ROBERT FIGUEROA's wages in the amount of Twenty-five percent (25%) of his disposable net income per pay period beginning November 2007.

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of Twenty-five percent (25%) of his disposable net income per pay period, beginning November 2007, of ROBERT FIGUEROA, Social Security Number XXX-XX-9757, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 97-00111** to ensure his account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Oct 22, 2007**