ORIGINAL

FIGUEROA_r.wdraw

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 29 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT FIGUEROA, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> DEPARTMENT OF REVENUE ) <br> AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 97-00111 <br><br> **MOTION TO WITHDRAW WRIT OF GARNISHMENT** <br> (TAX YEAR 2004) |

On or about October 23, 2007, a Writ of Garnishment (Tax Year 2004) directed to Garnishee was duly issued and served upon the Garnishee. On or about November 5, 2007, our office was informed that defendant's 2004 tax year refund was paid out May 1, 2006. Plaintiff respectfully requests that the Court withdraw the Writ of Garnishment (Tax Year 2004).

DATED this 29th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney