ORIGINAL

FIGUEROA_R.wdraw2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
**DISTRICT COURT OF GUAM**

NOV 29 2007

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FIGUEROA,<br><br>Defendant,<br><br>DEPARTMENT OF REVENUE<br>AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>Garnishee. | CRIMINAL CASE NO. 97-00111<br><br>**MOTION TO WITHDRAW**<br>**WRIT OF GARNISHMENT**<br>(TAX YEAR 2005) |

On or about October 23, 2007, a Writ of Garnishment (Tax Year 2005) directed to Garnishee was duly issued and served upon the Garnishee. On or about November 5, 2007, our office was informed that defendant's 2005 tax year refund was paid out July 16, 2007. Plaintiff respectfully requests that the Court withdraw the Writ of Garnishment (Tax Year 2005).

DATED this 29th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney