ORIGINAL

FIGUEROA_R.taxter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 29 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT FIGUEROA, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> DEPARTMENT OF REVENUE ) <br> AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 97-00111 <br><br> **MOTION TO TERMINATE WRIT OF GARNISHMENT** <br> (Tax Year 2006) |

On or about October 23, 2007, a Writ of Garnishment (tax year 2006) directed to Garnishee was duly issued and served upon the Garnishee. On or about November 8, 2007, payment was received. Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (tax year 2006) against Defendant ROBERT FIGUEROA.

DATED this 29th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney