**FIGUEROA_R.wdraword2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00111 |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| ROBERT FIGUEROA, | ) | Re: United States Motion to Withdraw Writ of Garnishment (Tax Year 2005) |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

Based upon the Plaintiff's Motion to Withdraw Writ of Garnishment (Tax Year 2005), the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Garnishment (Tax Year 2005) is hereby withdrawn.

**IT IS SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Nov 30, 2007**