ORIGINAL

FIGUERORA_R.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 5 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,
Plaintiff,
vs.
ROBERT FIGUEROA,
Defendant,

DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM,
Garnishee.

CRIMINAL CASE NO. 97-00111

**CERTIFICATE OF SERVICE**
(Tax Year 2004)

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed or electronically filed copies of the following: **Motion to Withdraw Writ of Garnishment** (Tax Year 2004) and **ORDER** Re: United States Motion to Withdraw Writ of Garnishment (Tax Year 2004) were sent to the defendant and garnishee by mail on December 5, 2007.

MICHELLE PEREZ