ORIGINAL

FIGUERORA_R.svc3

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
**DISTRICT COURT OF GUAM**
DEC - 5 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ROBERT FIGUEROA, <br> Defendant, <br><br> DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, <br> Garnishee. | CRIMINAL CASE NO. 97-00111 <br><br> **CERTIFICATE OF SERVICE** <br> (Tax Year 2006) |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed or electronically filed copies of the following: **Motion to Terminate Writ of Garnishment** (Tax Year 2006), **ORDER** Re: United States Motion to Terminate Writ of Garnishment (Tax Year 2006), and **Final Accounting Upon Termination of Garnishment** (Tax Year 2006) were sent to the defendant and garnishee by mail on December 5, 2007.

MICHELLE PEREZ